IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEY ELISHA GRISSOM,**
**ADC #110265**                                                                                          **PLAINTIFF**

v.                              5:13-cv-00024 KGB/JTR

**LATRICIA WHITE, Kitchen Supervisor,**
**Delta Regional Unit, et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 52). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Clerk is directed to amend the docket sheet to reflect that Defendant McLane is "Amanda McLean."

2. Defendant McLean's Motion to Dismiss is denied (Dkt. No. 41).

SO ORDERED this the 17th day of December, 2013.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge