**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WESLEY ELISHA GRISSOM,
ADC #110265                                                                                                    PLAINTIFF

V.                                            5:13CV00024 KGB/JTR

LATRICIA WHITE, Kitchen Supervisor,
Delta Regional Unit, et al.                                                                              DEFENDANTS

**ORDER**

On December 24, 2013, the Court issued an Order directing the ADC Defendants to file a sealed Supplemental Response to Plaintiff's Motion to Compel that: "(1) contains any grievances – that were found to have merit – alleging that Defendant White used excessive force against a prisoner from March 13, 2009 to March 13, 2012; (2) includes any related internal investigation documents; (3) explains the specific security concerns that prevent them from producing each of those grievances and documents to Plaintiff; and (4) clarifies whether redaction will alleviate those specific security concerns." *Doc. 77 at 3.*

Defendants have timely filed a Supplemental Response explaining that Defendant White has never had a meritorious grievance filed against her that alleged she used excessive force against a prisoner from March 13, 2009 to March 13, 2012. *Doc. 80.*

IT IS THEREFORE ORDERED THAT the remainder of Plaintiff's Motion to Compel (Doc. 60) is DENIED

Dated this 15th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE