# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WESLEY ELISHA GRISSOM,
ADC #110265                                                                                  PLAINTIFF

V.                                            5:13CV00024 KGB/JTR

LATRICIA WHITE,
Kitchen Supervisor, Delta Regional Unit, ADC                                DEFENDANT

## ORDER

The parties have not consented to proceed before a United States Magistrate

Judge, and they have requested a jury trial.  All dispositive motions have been

resolved.

Accordingly, the Honorable Kristine G. Baker, United States District Judge, is

NOTIFIED that this action is ready to be set on her docket for a jury trial.

Dated this 17th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE