**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WESLEY ELISHA GRISSOM,**
**ADC #110265**                                                                        **PLAINTIFF**

**v.**                                      **5:13-cv-00024 KGB/JTR**

**LATRICIA WHITE, Kitchen Supervisor,**
**Delta Regional Unit, ADC**                                                **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 5th day of October, 2015.  Plaintiff Wesley

Elisha Grissom appeared through his attorneys Drew Benham and Stephanie Linam.  Defendant

Latricia White appeared through her attorneys Renae Hudson and Ka Tina Hodge.  All parties

announced ready for trial.  A jury of twelve was selected and sworn.

On October 7, 2015, the jury returned a verdict as follows:

### VERDICT

(1)   On plaintiff Wesley Grissom's excessive force claim against defendant Latricia
White as submitted in Instruction No. 6, we find in favor of

_____ Latricia White _____
(Plaintiff Wesley Elisha Grissom)          or          (Defendant Latricia White)

_____
/s/ Ryan Burgess
Foreperson

Dated:   10/7/15

**Note:**     Complete this form by writing in the names required by your verdict.  Then have your foreperson sign and date the response to this question.  You must answer question 2.

(2)     On plaintiff Wesley Grissom's battery claim against defendant Latricia White as submitted in Instruction No. 7, we find in favor of

Latricia White
_____
(Plaintiff Wesley Elisha Grissom)          or          (Defendant Latricia White)


_____
          /s/ Ryan Burgess
                  Foreperson


Dated:  10/7/15


**Note:**     Complete this form by writing in the names required by your verdict.  Then have your foreperson sign and date the response to this question.  You must answer question 3.

(3)     On plaintiff Wesley Grissom's battery claim against defendant Latricia White as submitted in Instruction No. 8, we find in favor of

Latricia White
_____
(Plaintiff Wesley Elisha Grissom)          or          (Defendant Latricia White)


_____
          /s/ Ryan Burgess
                  Foreperson


Dated:  10/7/15

**Note:**     Answer question 4 only if you answered question 1, question 2, question 3, or some combination of those questions in favor of plaintiff Wesley Grissom.  If you answered question 1, question 2, and question 3 in favor of defendant Latricia White, you have completed your deliberations.  You do not need to answer questions 4, 5, or 6.  Your foreperson must sign and date any response to this question.

(4)     We find plaintiff Wesley Grissom's damages as submitted in Instruction No. 9 to be:

$ _____ (state the amount, if any).

_____
Foreperson

Dated: _____

**Note:**     Answer question 5 only if you answered question 1 in favor of plaintiff Wesley Grissom and, in response to question 4, you determined that Mr. Grissom's damages have no monetary value.  Your foreperson must sign and date any response to this question.

(5)     We find plaintiff Wesley Grissom's nominal damages as submitted in Instruction No. 10 to be:

$ _____ (if you find that Mr. Grissom's damages have no monetary value, state the nominal amount of $1.00).

_____
Foreperson

Dated: _____

**Note:**      Answer question 6 only if you answered question 1, question 2, question 3, or some combination of those questions in favor of plaintiff Wesley Grissom and if you awarded damages in response to question 4 or nominal damages in response to question 5. Your foreperson must sign and date any response to this question.

(6)   We assess punitive damages against defendant Latricia White as submitted in Instruction No. 11 as follows:

$_____(state the amount or, if none, write the word "none").

_____
                                                                  Foreperson


Dated: _____


Judgment is therefore entered in favor of defendant Latricia White and against plaintiff Wesley Elisha Grissom. The relief requested is denied.

SO ORDERED this the 9th day of October, 2015.

_____
Kristine G. Baker
United States District Judge